IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARY GRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACT. NO. 2:17cv116-ECM |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**OPINION and ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on December 10, 2018, (doc. 18) that this case be dismissed for the plaintiff's failure to exhaust his administrative remedies. After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, and for good cause, it is

ORDERED and ADJUDGED as that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case be and is hereby DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 7th day of January, 2019.

                                          /s/ Emily C. Marks
                                      EMILY C. MARKS
                                      UNITED STATES DISTRICT JUDGE