IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CARY GRAY,                                    )
                                              )
    Plaintiff,                        )
                                              )
    v.                                )   CIV. ACT. NO. 2:17cv116-ECM
                                              )
NANCY A. BERRYHILL,                           )
Acting Commissioner of Social Security,       )
                                              )
    Defendant.                        )

**OPINION and ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on December 10, 2018, (doc. 18) that this case be dismissed for the plaintiff's failure to exhaust his administrative remedies. On January 7, 2019, the plaintiff filed objections to the Recommendation. After careful review of the recommendation, and the plaintiff's objections, and after an independent review of the entire record, and for good cause, it is

ORDERED and ADJUDGED as that the plaintiff's objections be and are hereby OVERRULED, the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case be and is hereby DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 10th day of January, 2019.

        /s/ Emily C. Marks
        EMILY C. MARKS
        UNITED STATES DISTRICT JUDGE